**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | No. 68 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| FRANK ZAMPOGNA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal and the Petition to File a Brief Supplement are **DENIED**.